

Writer's Direct Dial: (516) 663-6670
Writer's Direct Fax: (516) 663-6870
Writer's E-Mail: ttelesca@rmfpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/17

**MEMORANDUM ENDORSED**

December 15, 2017

By ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:   *Tianhai Lace USA, Inc. v. Nordstrom, Inc., et al.*
             Case No. 17 Civ. 1296 (GHW)

Dear Judge Woods:

      We represent defendant AO Textile, Inc. ("AO Textile") in the above-referenced matter.

      In accordance with Your Honor's Individual Rule 1(E), we write to request a two week extension of time to oppose co-defendant/cross-claimant Adrianna Papell, LLC's motion for leave to amend its answer and cross-claims to add Karsah International, Inc. as a defendant in this matter [Dkt. No. 67] (the "Motion"). The current deadline to oppose the Motion is December 27, 2017. The requested two week extension would extend that deadline to January 10, 2018.

      This is AO Textile's first request for an extension of time oppose the Motion. We make this request because the undersigned has a planned family vacation from December 21, 2017 through the New Year.



December 15, 2017
Page 2

    Counsel for all parties (except for counsel for Texkhan, as no counsel has yet to make an appearance) are not opposed to this request. We appreciate the Court's consideration of this matter.

Respectfully submitted,

Thomas A. Telesca
For the Firm

Application granted. The deadline to oppose Adrianna Papell's motion for leave to amend its answer and cross-claims is extended to January 10, 2018. Plaintiff is directed to serve a copy of this order on all unrepresented parties and to retain proof of service.

SO ORDERED.

Dated: December 15, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge