***UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK***
***COUNTY OF SOUTHERN DISTRICT***

--------------------------------X

TIANHAI LACE USA, INC.

Plaintiff

vs.

NORDSTROM, INC.; ADRIANNA PAPELL, LLC; A.O. TEXTILE, INC. and DOES 1-10,

Defendants,

and

ADRIANNA PAPELL, LLC

Third Party Plaintiff,

vs.

A.O. TEXTILE, INC.L ROES 1 through 10,

Third Party Defendant

--------------------------------X

Index No. 1:17-cv-01296-GHW

**SUBSTITUTION OF ATTORNEY**

It is hereby stipulated and consented that HAARDIN KUNDLA McKEON & POLETTO be substituted as attorney for Defendant, A.O. Textile, Inc. in place of RUSKIN MOSKOU FALTICHEK, PC.

RUSKIN MOSKOU FALTICHEK, PC
Attorney for A.O. Textile, Inc.

By: [signature]
Jennifer Leigh Hartmann
Withdrawing Attorney

HARDIN KUNDLA McKEON & POLETTO, PA
Attorneys for Defendant, A.O. Textile, Inc.

By: [signature]
Mark S. Kundla, Esq.
Withdrawing Attorney

DATED: February 5, 2018